UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.  3:23-cv-452-RGJ

STEPHANIE ANDERSON                                                                    PLAINTIFF

v.                              **DEFENDANT'S NOTICE OF REMOVAL**

OLDHAM COUNTY BOARD OF EDUCATION                                       DEFENDANT

The Oldham County, Kentucky Board of Education[1] ("Board"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this action ("Notice of Removal") from the Oldham Circuit Court, Commonwealth of Kentucky, where it is now pending, to the United States District Court for the Western District of Kentucky, Louisville Division.  As grounds for this removal, the Board shows this Honorable Court as follows:

1.    On August 7, 2023, Plaintiff Stephanie Anderson ("Anderson") filed this action against the Board in the Oldham Circuit Court, Commonwealth of Kentucky, Civil Action No. 23-CI-00439.  True and accurate copies of all process, pleadings and orders on file with the Clerk of the Oldham Circuit Court, Commonwealth of Kentucky, specifically including copies of the Summons and Complaint served upon the Board, are attached hereto as Exhibit A and incorporated herein.  No other process, pleadings, or orders have been filed with the Circuit Court, and no motions are pending.

---

[1] The correct legal entity is the Board of Education of Oldham County, Kentucky.

3692596                                                   1

2. The Board first received notice of Anderson's Complaint when it was served with a draft copy of the Complaint on August 11, 2023. Anderson's Complaint was the first paper from which The Board could ascertain that Anderson's case was removable.

3. The United States District Court for the Western District of Kentucky, Louisville Division, is the federal judicial district encompassing the Oldham Circuit Court, Commonwealth of Kentucky, where this suit was originally filed. Venue, therefore, is proper in this district pursuant to 28 U.S.C. § 1441(a).

4. This Court has original jurisdiction over this civil action under 28 U.S.C. §§ 1331 and 1441(b). This action may be removed to this Court by the Board on the basis of federal question jurisdiction because Anderson's claims on the face of her Complaint that the Board violated the Family Medical Leave Act, 29 U.S.C.A. §§2601 *et seq.* and 29 C.F.R. §825.220 and her alleged rights thereunder. The Court has supplemental jurisdiction over the claims brought pursuant to state law under 28 U.S.C. § 1367.

5. This Notice of Removal has been timely filed in accordance with 28 U.S.C. § 1446(b).

6. The Defendant has not yet moved, pled or otherwise responded to Plaintiff's Complaint.

7. Pursuant to 28 U.S.C. § 1446(d), the Board will be filing written notices of the removal of this action (in the form attached hereto as Exhibit B), together with a copy of this Notice of Removal with the Clerk of the Oldham Circuit Court, Commonwealth of Kentucky, and serving the same on Anderson's counsel.

**WHEREFORE**, the Board, having satisfied all the requirements for removal pursuant to 28 U.S.C. §§ 1331 and 1446, requests that this action be removed from Oldham Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, and further requests that this Court assume full jurisdiction of the case herein as provided by law.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Email: mowsley@elpolaw.com
cpriest@elpolaw.com

By: /s/ *Michael A. Owsley*
MICHAEL A. OWSLEY
W. CRAVENS PRIEST III

and

DINSMORE & SHOHL, LLP
193 South Buckman Street
Shepherdsville, KY 40165
Telephone: (502) 540-2567
Email: eric.farris@dinsmore.com
ellen.braden@dinsmore.com
rudy.ellis@dinsmore.com

By: /s/ *Eric G. Farris (with permission)*
ERIC G. FARRIS
ELLEN R. BRADEN
RUDY J. ELLIS, III

Attorneys for Defendant, Oldham County
Board of Education

3692596                           3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was this August 31, 2023, electronically filed with the Clerk of the Court using the CM/EFC System. The undersigned further certifies that a copy of the foregoing was served by first class mail, postage prepaid, to the following:

Robyn Smith
Adam Johnson
Preston J. Spicer
Law Office of Robyn Smith
4350 Brownsboro Road Suite 110
Louisville, Kentucky 40207
Counsel for Plaintiff

/s/ Michael A. Owsley
MICHAEL A. OWSLEY